No. 1045. JAMES v. RAGEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Illinois; and

No. 1066. TROMBLEY v. MICHIGAN. On petition for writ of certiorari to the Supreme Court of Michigan. April 22, 1946. The petitions for writs of certiorari are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.

No. 290. HALLIBURTON OIL WELL CEMENTING CO. v. WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY. February 25, 1946. The petition for rehearing in this case is granted and the case is restored to the docket for reargument before a full bench. The motion to withhold issuance of the mandate is also granted. *Earl Babcock* and *H. C. Robb, Sr.* for petitioner. 326 U. S. 696.

No. 402. BRUCE'S JUICES, INC. v. AMERICAN CAN CO. March 11, 1946. The petition for rehearing in this case is granted and the case is restored to the docket for reargument before a full bench. The motion to withhold issuance of the mandate is also granted. *Cody Fowler, R. W. Shackleford* and *Thurman Arnold* for petitioner. *Wright Patman* filed a memorandum as *amicus curiae,* in support of petitioner. 327 U. S. 758.

No. 410. MACGREGOR v. WESTINGHOUSE ELECTRIC & MANUFACTURING CO. March 11, 1946. The petition for rehearing in this case is granted and the case is restored